IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| WENDELL NEWTON, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:20-cv-00226-P |
| § | |
| BELL HELICOPTER TEXTRON, § | |
| § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (ECF No. 14) in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Defendant's Motion to Dismiss (ECF No. 10) is **GRANTED**. Plaintiff's claims against Defendant are **DISMISSED without prejudice**. Plaintiff is **GRANTED** leave to file an Amended Complaint on or before **August 4, 2020**. If Plaintiff fails to respond by this deadline, Plaintiff's claims will be **DISMISSED with prejudice.**

SO **ORDERED** on this **13th day** of **July, 2020.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE